UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                                             ) | Docket No.: 1:19-mj-276-JCN |
| ) | |
| PRANEETH MANUBOLU           ) | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because the case involves:

   \_\_\_   Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

   \_\_\_   Crime of violence

   \_\_\_   Maximum sentence life imprisonment or death

   \_\_\_   10+ year drug offense

   \_\_\_   Felony, with two prior convictions in above categories

   _X_   Serious risk defendant will flee

   \_\_\_   Serious risk obstruction of justice

2. <u>Reasons for Detention</u>.

   (i) <u> Temporary Detention</u>.


   (ii) <u>Other than Temporary Detention</u>.  The court should detain the defendant because there are no conditions of release which will reasonably assure:

   _X_   Defendant's appearance as required

   _X_   Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e).  The presumption applies because:

    __   Probable cause to believe the defendant committed 10+ year drug offense or an offense under 18 U.S.C. § 924(c).

    __ Previous conviction for "eligible" offense committed while on pretrial bond.

4. <u>Date of Detention Hearing</u>.  The United States requests that the detention hearing be conducted following a continuance of three days.

5. <u>Length of Detention Hearing</u>.  The United States will require a half hour to present its case for detention.

6. <u>Other Relevant Matters</u>.

Date:  September 3, 2019                                      HALSEY B. FRANK
                                                                                      United States Attorney

                                                                                      /s/ Raphaelle A. Silver
                                                                                      Assistant United States Attorney
                                                                                      United States Attorney's Office
                                                                                      202 Harlow Street
                                                                                      Bangor, Maine 04101
                                                                                      (207) 945-0373
                                                                                      Raphaelle.silver@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 3, 2019, electronically filed the document(s) with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

James S. Nixon

                                          Halsey B. Frank
                                          United States Attorney

                                          /s/ Raphaelle A. Silver
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          202 Harlow Street, Suite 111
                                          Bangor, ME 04401
                                          (207) 945-0373
                                          Raphaelle.silver@usdoj.gov