## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR COMPLAINT

I, Brian Dominy, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I, Brian J. Dominy, have been a federal officer with the National Park Service for over 28 years and I am specifically trained in the recognition of drivers impaired by alcohol and or drugs. Based upon my training, experience, evidence, and the evidence described herein, I believe Praneeth MANUBOLU was operating the motor vehicle while under the influence of alcohol and or drugs or a combination thereof, to a degree that he was rendered incapable of the safe operation, and that that impairment was a primary contributing factor in the accident which killed the three passengers, L.L. (d.o.b.   '89), L.F. (d.o.b.   83), and M.Z. (d.o.b   '92) in Praneeth MANUBOLU's vehicle, thereby violating Title 18, United States Code, Sections 7 and 13 and 17-A M.R.S., Section 203.

### PROBABLE CAUSE

2.  The facts set forth in this affidavit are based on my personal knowledge, information obtained during my participation in this investigation, information from others, including law enforcement officers, and information gained through my training and experience.

3.  On August 31, 2019, Praneeth MANUBOLU called 911 to report a motor vehicle accident with serious injuries at 02:47 a.m. in Acadia National Park. The Bar Harbor Police Department received the call, and dispatched police officers and Bar Harbor Fire Department, in addition to ambulances from Bar Harbor and the town of Mount Desert. Law enforcement officers were able to locate Praneeth MANUBOLU, and the accident scene on the Park Loop Road in Acadia National Park due to technology associated with the 911 GPS system.

4. Officer Judson Cake arrived on-scene at 02:56 a.m. followed by Officer Jared Hardy at 03:00 a.m. Judson and Hardy are both Drug Recognition Experts (DRE) officers. Both noted the strong odor of alcoholic beverages coming from Praneeth MANUBOLU's person. When officers arrived on scene, Praneeth MANUBOLU was outside of the car. As a result of the crash, Praneeth MANUBOLU had a few cuts and scrapes. Officer Hardy accompanied Praneeth MANUBOLU to the Northeast Harbor Ambulance where he was evaluated by medical personnel.

5. While speaking with Officer Harding, Praneeth MANUBOLU explained that he met up with his friends and had gone drinking at a bar. They ended the night at Carmen Veranda's Bar in Bar Harbor for last call (01:00 a.m.) with a couple of shots of alcohol.

6. At Mount Desert Island (MDI) Hospital Officer Harding and Praneeth MANUBOLU met United States Park Ranger Darren Belskis. Praneeth MANUBOLU told Ranger Belskis he lost control of his vehicle on a curve and hit a tree. Praneeth MANUBOLU told Ranger Belskis that he had been drinking before the accident. Praneeth MANUBOLU stated that his friends wanted him to drive as he felt he could. Praneeth MANUBOLU made additional statements about being intoxicated. He further stated one of his passengers warned him about a curve coming up in the roadway, but that he failed to slow down in time. Praneeth MANUBOLU also inquired to Ranger Belskis about lowering the speed limit in that area as he believed 35 mph was too fast for the roadway. The speed limit on the Park Loop Road is 25 mph. These statements were spontaneous admissions by Praneeth MANUBOLU. Praneeth MANUBOLU continued to have a strong odor of alcohol about his person at 08:40 a.m. on 8/31/2019, six hours after the accident.

7. When I arrived on scene of the accident located on the Park Loop Road in Acadia National Park at 03:20 a.m., I was able to smell a strong odor of alcoholic beverages coming from the motor vehicle. Based upon skid marks and vehicle damage, it appears as though Praneeth MANUBOLU was traveling well over the posted speed limit of 25 mph on the Park Loop Road in Acadia National Park.

8. Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe Praneeth MANUBOLU violated Title 18, Sections 7 and 13 and 17-A M.R.S. Section 203.

I, Brian Dominy, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Dated at Bangor, Maine this 31st day of August 2019.

Brian Dominy
United States Park Ranger

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Aug 31, 2019,

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title