**Synopsis**
(Complaint)

| | |
|---|---|
| **Name:** | Praneeth Manubolu |
| **Address:** (City & State Only) | Edgewater, NJ |
| **Year of Birth and Age:** | 1991/28 |
| **Violations:** | **Counts 1, 2 and 3:** 18 U.S.C. §§7 and 13 and 17-A M.R.S. §203, Manslaughter, Class A Felony |
| **Penalties:** | **Counts 1, 2, and 3:** Up to 30 years imprisonment, a fine of $50,000, or both. Title 18 §§7 and 13 and 17-A M.R.S. §§1252(2)(A), 1301(1-A)(A).  Up to four years of probation. Title 18 U.S.C. §§7 and 13 and 17-A M.R.S. §1202(1) |
| **Supervised Release:** | **Counts 1, 2, and 3:** None permissible. |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1, 2, and 3:** N/A |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1, 2, and 3:** N/A |
| **Defendant's Attorney:** | James Nixon, Esquire |
| **Primary Investigative Agency and Case Agent Name:** | U.S. Park Ranger, Brian Dominy |
| **Detention Status:** | Detained |
| **Foreign National:** | Yes |
| **Foreign Consular Notification Provided:** | Yes |
| **County:** | Hancock |
| **AUSA:** | Raphaelle Silver |
| **Guidelines apply?   Y/N** | No |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution? Y/N** | N/A |

|  |  |
|---|---|
| **Assessments:** | $100 |