1:19-cr-00184-Jaw

## Synopsis
## (Indictment)

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2019 OCT -9 P 2:55

BY_____ DEPUTY CLERK

| | |
|---|---|
| **Name:** | Praneeth Manubolu |
| **Address:** (City & State Only) | Edgewater, NJ |
| **Year of Birth and Age:** | 1991/28 |
| **Violations:** | **Counts 1-3**: Manslaughter, 18 U.S.C. §1112(a) (Class D Felony). **Counts 4 and 5:** OUI, 36 C.F.R. §4.23(a)(1) and (2)(Class B Misdemeanors). **Count 6:** Unsafe Operation, 36, C.F.R. §4.22(b)(1)(Class B Misdemeanor). |
| **Penalties:** | **Counts 1-3:** Imprisonment of not more than 8 years, a fine of $250,000, or both. 18 U.S.C. §1112(b). **Counts 4-6:** Imprisonment of not more than 6 months, $250,000, or both. 36 C.F.R. §1.3(a); 18 U.S.C. §3571(a)(4); a term of probation of not more than 5 years. 18 U.S.C.§3561(c)(2). |
| **Supervised Release:** | **Counts 1-3**: Not more than three years. 18 U.S.C. §3583(b)(2). **Counts 4-6:** N/A. |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1-3:** Not more than two years. 18 U.S.C. 3583(e)(3). **Counts 4 -6:** N/A. |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1-3:** Not more than three years, less any term of imprisonment. 18 U.S.C. §3583(h). **Counts 4-6:** N/A. |
| **Defendant's Attorney:** | Walter McKee |
| **Primary Investigative Agency and Case Agent Name:** | U.S. Park Rangers, Brian Dominy |
| **Detention Status:** | On federal bail |
| **Foreign National:** | Yes |
| **Foreign Consular Notification Provided:** | Yes |
| **County:** | Hancock |

| AUSA: | Raphaelle A. Silver and M. Andrew McCormack |
|---|---|
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?  Y/N** | N/A |
| **Assessments:** | Counts 1-3: $100.00<br>Counts 4-6: $10.00 |