UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                         ) | Case No.  1:19-CR-184-JAW |
| ) | |
| PRANEETH MANUBOLU            ) | |

## DEFENDANT'S MOTION TO AMEND BAIL

NOW COMES Defendant, by and through undersigned counsel, and hereby moves this Court to amend his bail to allow him to travel to Georgia and reside there, and states as follows:

1. Defendant's bail conditions currently prohibit him from traveling out of New Jersey to any place other than Maine.

2. Defendant has received a job offer in Atlanta which, if accepted, would require him to move to Atlanta to accept the offer and commence employment immediately. Time is of the essence in accepting this offer.

3. USPO Laflin has reviewed the arrangements for Defendant to do so and is in agreement that Defendant's bail should be amended and has approved the change of residence. USPO Laflin's swift work in reviewing the change of residence and employment has been second to none.

4. Counsel for Defendant has attempted to obtain AUSA Silver's position with respect to this Motion but has been unable to confirm that she does not object to the granting of this Motion before it is being filed.

WHEREFORE, for the foregoing reasons, Defendant respectfully request that this Court enter an order amending Defendant's bail to allow him to travel to and residence in Georgia.

Date:  October 21, 2019

<div style="margin-left:2em">

/s/Walter F. McKee
WALTER F. MCKEE
McKee Law, P.A.
133 State Street
Augusta, ME.   04330
(207) 620-8294

</div>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:19-CR-184-JAW |
| ) | |
| PRANEETH MANUBOLU ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2019 I electronically filed the Motion to Amend bail with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: United States Attorney's Office, Bangor, Maine.

Date: October 21, 2019

/s/Walter F. McKee
WALTER F. MCKEE
McKee Law, P.A.
133 State Street
Augusta, ME. 04330
(207) 620-8294
*wmckee@mckeelawmaine.com*