UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO.:1:19-cr-00184-JAW |
| ) | |
| PRANEETH MANUBOLU ) | |

**RECEIPT FOR SURRENDER OF PASSPORT**

    I hereby acknowledge receipt of Passport # H8188519 issued by Republic of India, in the name of Praneeth Manubolu, surrendered to the Clerk, U.S. District Court, District of Maine, as a condition of release in the above-entitled case.

Date:  October 21, 2019          By:    /s/ Maggie Melanson
                                                                    Deputy Clerk

---

**RECEIPT FOR RETURN OF PASSPORT**

    I hereby acknowledge receipt of my Passport, as described above, from the Clerk, U.S. District Court, District of Maine.

Date:  _____          By:    _____
                                                                    Signature of Passport Owner