

# MCKEE LAW

133 State Street, Augusta, Maine 04330
207-620-8294 FAX 207-620-8297
Walter F. McKee • Melissa Reynolds O'Dea • Matthew D. Morgan
Kurt C. Peterson

January 9, 2020

Clerk's Office
United States Federal Court
2020 Harlow Street
Bangor, ME 04401

**Sent via Email – newcases.bangor@med.uscourts.gov**

RE:   USA v. Praneeth Manubolu
      Case No.: 1:19-CR-184-JAW

Dear Clerk,

Following up on the telephone conference last week, Mr. Manubolu has elected to proceed with a hearing on the Motion to Suppress which has already been filed in this matter. The parties will coordinate with the Clerk's Office concerning available dates and times for a testimonial hearing. As Mr. Manubolu resides in Atlanta at this time, I do not anticipate that he will want to be in attendance at the hearing but I will make sure this is the case well in advance of the date of the hearing.

Sincerely,

Walter F. McKee
wmckee@mckeelawmaine.com
WFM/amm/126443

cc.   Raphaelle Silver, AUSA