# UNITED STATES DISTRICT COURT
## District of Maine

### Witness List

| Case Name:  USA v. PRANEETH MANUBOLU<br>Case No.:  1:19-cr-00184-JAW | | Proceeding Type:<br>Suppression Hearing |
|---|---|---|
| Presiding Judge:<br>John A. Woodcock, Jr., U.S. District Judge | Government's Attorney:<br><br>Raphaelle A. Silver, AUSA<br>Andrew McCormack, AUSA | Defendant's Attorney:<br><br>Walter McKee, Esq. |
| Courtroom Deputy: J. Rodrigue | | |
| Court Reporter:  Melissa Merenberg | | |

| Gvt | Dft | Date | WITNESS |
|---|---|---|---|
| 1 | | 3/2/2020 | Judson Cake |
| 2 | | 3/2/2020 | Jerrod Hardy |
| 3 | | 3/2/2020 | Brian Dominy |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |