UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Crim. No. 1:19-cr-00184-JAW |
| | ) |
| PRANEETH MANUBOLU | ) |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America, pursuant to the provisions of 18 U.S.C. §3731, hereby appeals to the United States Court of Appeals for the First Circuit from the Order of the District Court (Woodcock, J.) entered in this action on August 10, 2020 (Docket #61) suppressing evidence in a criminal proceeding not made after the defendant has been put in jeopardy and before the verdict or finding on the indictment.

The United States Attorney certifies that the appeal is not taken for purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Dated at Portland, Maine this 8th day of September, 2020.


/s/ Halsey B. Frank
HALSEY B. FRANK
United States Attorney

Benjamin M. Block
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, I electronically filed Government's Notice of Appeal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Walter McKee, Esq.**
McKee Law, P.A.
133 State Street
Augusta, ME 04330
(207) 620-8294
wmckee@mckeelawmaine.com

/s/ Benjamin M. Block
Benjamin M. Block
Assistant U.S. Attorney