UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PRANEETH MANUBOLU,<br><br>               Defendant | Case No. 1:19-CR-184-JAW |

**DEFENDANT'S UNOPPOSED MOTION TO AMEND BAIL
FOR TEMPORARY RETURN OF PASSPORT**

Now comes Defendant Praneeth Manubolu ("Manubolu"), by and through undersigned counsel, and hereby moves to amend his bail on a temporary basis for return of his passport for the limited purpose of reapplying for his work visa.

Manubolu surrendered his passport as a result of this Court's Order setting his conditions of release requiring surrender on September 9, 2019 (ECF No. 19-1). Manubolu has complied with that condition of this release as well as all others. Manubolu, who is not a United States citizen, is present here in the United States and employed in the Atlanta area as a result of a work permit visa. Manubolu is presently employed as a result of that visa while released on this Court's conditions of release.

Manubolu's ability to work is contingent on this work permit visa and his work permit visa is set to expire in early 2021. Manubolu must has a valid and unexpired passport

1

to renew his work permit visa and remain employed. Manubolu's surrendered passport expired in March of 2020. Manubolu needs to return his expired passport before he can reapply for a new passport.

Manubolu seeks a temporary amendment of his conditions of release to return his expired passport to him strictly for purposes of renewing his passport so he may then apply to renew his work permit visa. Manubolu agrees to surrender his newly issued passport as soon as the reapplication for work permit visa is completed.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that this Court amend his conditions of release by striking the provision requiring surrender of his passport and amend that line of his conditions of release to read instead that he surrender his passport to US Clerk's Office, 202 Harlow Street, Bangor, Maine 04401 upon completion of his renewed application for work permit visa and to cooperate with his pretrial supervision officer in the Northern District of Georgia to secure his passport for renewal, complete his work visa permit renewal process, and return the passport upon completion of the passport and work permit renewal processes. Manubolu shall provide his pretrial supervision officer physical custody of his passport for the renewal process expect for those limited periods of time when he must send it by mail for renewal of the passport or present it physically for renewal of the work permit visa.

Manubolu's pretrial supervision officer does not oppose this Motion.

The Attorney for the Government does not oppose this Motion.

Date:  December 17, 2020                    /s/Walter F. McKee
                                            WALTER F. MCKEE
                                            McKee Law, P.A.
                                            133 State Street
                                            Augusta, ME.   04330
                                            (207) 620-8294
                                            *wmckee@mckeelawmaine.com*

                                            /s/Kurt C. Peterson
                                            KURT C. PETERSON
                                            McKee Law, P.A.
                                            133 State Street
                                            Augusta, ME, 04330
                                            (207) 620-8294
                                            *kpeterson@mckeelawmaine.com*

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:19-CR-184-JAW |
| | ) | |
| PRANEETH MANUBOLU | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2020 I electronically filed the Motion to Amend Bail for Temporary Return of Passport with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: United States Attorney's Office, Bangor, Maine.

Date: December 17, 2020

/s/Walter F. McKee
WALTER F. MCKEE
McKee Law, P.A.
133 State Street
Augusta, ME.  04330
(207) 620-8294
*wmckee@mckeelawmaine.com*

4