UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:19-cr-00184-JAW |
| | ) |
| PRANEETH MANUBOLU | ) |
| | ) |

SPEEDY TRIAL ORDER PER THE COURT'S
GENERAL ORDER 2021-04

This matter comes before the Court upon the Court's own motion to continue this case. In light of the global outbreak of COVID-19 and its far-reaching impact on public health and for the reasons stated in General Order 2021-04 entered on March 12, 2021, the Court finds that a continuance in this case is necessary to reduce any exposure to the disease.

Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the Court can and does find that the ends of justice served by a continuance in this case outweigh the best interests of the public and the defendant[s] in a speedy trial.

The Court hereby orders:

1. The time between April 6, 2021 and August 3, 2021, is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq.*

2. This case will be placed on the next available trial list after ruling on the pending interlocutory appeal.

**SO ORDERED.**

Dated this 12th day of March, 2021

                                             <u>/s/ John A. Woodcock, Jr.</u>
                                             JOHN A. WOODCOCK, JR.
                                             UNITED STATES DISTRICT JUDGE