UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | Case No.  1:19-CR-184-JAW |
| ) | |
| PRANEETH MANUBOLU   ) | |

## DEFENDANT'S UNOPPOSED MOTION TO AMEND BAIL

NOW COMES Defendant, by and through undersigned counsel, and hereby moves this Court to amend his bail to allow him to travel Kentucky on specified dates to attend college classes, and states as follows:

1. Defendant's bail conditions currently prohibit him from traveling out of Georgia to any place other than Maine.

2. Defendant has been admitted to Sullivan University in, Louisville Kentucky. Orientation and classes commence on October 1, 2021 and Defendant is required to be on campus on October 1, 2, 29, 20 and November 19, 20.

3. The United States Probation Offices in Georgia and Maine have reviewed the arrangements for Defendant to attend and agree that Defendant's bail should be amended to allow this.

4. Assistant United States Attorney Raphaelle Silver has graciously indicated that she too has no objection to this Motion.

WHEREFORE, for the foregoing reasons, Defendant respectfully request that this Court enter an order amending Defendant's bail to allow him to travel to Louisville Kentucky to attend Sullivan University on the dates specified.

Date:  September 28, 2021

<div style="margin-left: 3em;">

/s/Walter F. McKee
WALTER F. MCKEE
McKee Law, P.A.
133 State Street
Augusta, ME.   04330
(207) 620-8294

</div>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>PRANEETH MANUBOLU    ) | Case No.  1:19-CR-184-JAW |

### CERTIFICATE OF SERVICE

I hereby certify that on September 28,2021 I electronically filed the Unopposed Motion to Amend bail with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  United States Attorney's Office, Bangor, Maine.

Date:  September 28, 2021

/s/Walter F. McKee
WALTER F. MCKEE
McKee Law, P.A.
133 State Street
Augusta, ME.   04330
(207) 620-8294
*wmckee@mckeelawmaine.com*