# United States Court of Appeals
## For the First Circuit

No. 20-1871

UNITED STATES

Appellant

v.

PRANEETH MANUBOLU

Defendant - Appellee

**MANDATE**

Entered: October 20, 2021

In accordance with the judgment of September 14, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Benjamin M. Block
Halsey B. Frank
Julia M. Lipez
Andrew McCormack
Walter F. McKee
Matthew D. Morgan
Kurt Peterson