# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.   )<br>)<br>**PRANEETH MANUBOLU** ) | Crim. No. 1:19-cr-00184-JAW |

## GOVERNMENT'S MOTION TO SET TRIAL FOR DATE CERTAIN

NOW COMES the United States, by and through its attorneys Darcie N. McElwee, United States Attorney, and Raphaelle A. Silver, Assistant United States Attorney, and moves this Honorable Court to schedule the trial in this matter for a date certain.

The government anticipates trial in this matter will take three to four trial days. If the Court sets a firm trial date now, the government will be able to notify its witnesses of the dates of trial to help ensure that they will not schedule vacations or other work-related trips during that time period.

The government respectfully requests that the trial in this matter be specially set to begin on February 14, 2022, with jury selection on February 7, 2022.

Defense counsel has been contacted and does not object to this motion.

Dated: January 6, 2022                           Respectfully submitted,

                                                            Darcie N. McElwee
                                                           UNITED STATES ATTORNEY

                                                           /s/Raphaelle A. Silver
                                                           Assistant United States Attorney
                                                           U.S. Attorney's Office
                                                           202 Harlow Street, Room 111
                                                           Bangor, ME  04401

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

      I hereby certify that on January 6, 2022, I electronically filed the document(s) with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Walt McKee, Esq.
Counsel for Defendant

                                    Darcie N. McElwee
                                    United States Attorney

                                    /s/ Raphaelle A. Silver, Esq.
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    202 Harlow Street, Suite 111
                                    Bangor, ME 04401
                                    (207) 945-0373
                                    Raphaelle.silver@usdoj.gov