UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PRANEETH MANUBOLU,<br><br>                Defendant | Case No. 1:19-CR-184-JAW |

### DEFENDANT'S MOTION TO ALLOW GUILTY PLEAS VIA VIDEO

Now comes Defendant, by and through undersigned counsel, and hereby moves this Court for entry of an order allowing Defendant to enter guilty pleas to the charges in the above-captioned matter by video, and states as follows:

1.      On August 31, 2019, Defendant was arrested in the above-captioned matter. Defendant was held in custody for a short period of time and was ultimately released.

2.      On September 20, 2019 Defendant released on an unsecured bond. Defendant is currently being supervised at his home in Atlanta, Georgia. Defendant has been totally and completely in compliance with each and every one of his bail conditions.

3.      The CARES Act authorizes the Court to conduct felony plea and sentencing hearings "by videoconference, or by telephone conference if video telephone conferencing is not reasonably available," if several requirements are met including (A) the Chief Judge

"specifically finds…that felony pleas and felony sentencings…cannot be conducted in person without seriously jeopardizing public heath and safety"; and (B) "the District Judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice."

4. Section A has been satisfied by a series of general orders issued by this Court. Indeed, the current Omicron variant of the COVID-19 virus is such that the transmissibility of the virus is at an all time high in Maine and throughout the United States. Section B is satisfied because Defendant resides in Atlanta, Georgia, and wishes to continue to reside there pending sentencing. Defendant's only family in the United States is in the Atlanta, Georgia area. Travel to the state of Maine for a plea would not be impossible, but would be a significant hardship to Defendant and expose Defendant to the potential for being infected with the COVID-19 virus.

5. Counsel for Defendant has had an opportunity to consult with Assistant United States Attorney Raphaelle Silver with respect to this Motion, and AUSA Silver has not yet indicated her position on this Motion.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests this Court enter an order allowing Defendant to enter guilty pleas by video.

Date: January 20, 2022     /s/Walter F. McKee
                           WALTER F. MCKEE
                           McKee Law, P.A.
                           133 State Street
                           Augusta, ME.  04330
                           (207) 620-8294
                           wmckee@mckeelawmaine.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.  1:19-CR-184-JAW |
| | ) | |
| PRANEETH MANUBOLU | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2022, I electronically filed Defendant's Motion to Allow Guilty Pleas Via Video with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  United States Attorney's Office, Bangor, Maine.

Date: January 20, 2022

/s/Walter F. McKee
WALTER F. MCKEE
McKee Law, P.A.
133 State Street
Augusta, ME.   04330
(207) 620-8294
wmckee@mckeelawmaine.com

3